### KING & Co. *v.* GEORGIA RAILWAY AND ELECTRIC Co.

COBB, P. J. 1. This case is in principle controlled by the decision in *Odom* v. *Macon Ry. Co.,* 118 *Ga.* 792.

2. As the facts were undisputed, and the determination of the case rested solely upon a question of law, there was no error in making a final disposition of the case on certiorari in the superior court. *So. Ry. Co.* v. *DeSaussure,* 116 *Ga.* 54 (2) ; *Grimsley* v. *Alexander,* 106 *Ga.* 165 (2). *Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

Argued May 31,—Decided July 5, 1906.

Certiorari. Before Judge Pendleton. Fulton superior court. October 23, 1905.

*Lowndes Calhoun,* for plaintiffs.

*Rosser & Brandon, W. T. Colquitt,* and *B. J. Conyers,* for defendant.